**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Lino H. HAYNES, Defendant—
Appellant.**

**No. 07–7129.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 30, 2008.

Decided: July 14, 2008.

Lino H. Haynes, Appellant Pro Se. Charles Philip Rosenberg, United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lino H. Haynes appeals the district court's order denying his Fed.R.Crim.P. 35(a) motion and denying reconsideration of its May 11, 2004 order granting in part and denying in part his Fed.R.Crim.P. 35(a) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Haynes,* No. 2:90–cr–00105–HCM (E.D. Va. filed July 9, 2007; entered July 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*